# Watanabe Ing LLP

*A Limited Liability Law Partnership*

Letter

mmiyagi@wik.com
(808) 544-8300

April 24, 2020

**VIA E-MAIL ONLY**

Honorable Judge Rom Trader
U.S. District Court, District of Hawaii
300 Ala Moana Blvd # C338
Honolulu, HI 96850

    Re: *City & County of Honolulu v. Sunoco LP, et al.* : Civil no. 20-00163 DKW-RT

Dear Judge Trader:

    The parties respectfully request that the Rule 16 Scheduling Conference currently set for May 18, 2020 be continued to a date after Judge Watson has issued an order regarding the briefing of the Motion to Remand which Plaintiff intends to file. See Judge Watson's orders of April 20, 2020 and April 22, 2020. Per Judge Watson's order the Defendants need not file their answers or response to the complaint until July 1, 2020. Therefore, none of the Defendants have filed an answer or response to the complaint.

    Respectfully submitted,

    WATANABE ING, LLP

    /s/ Melvyn M. Miyagi
    MELVYN M. MIYAGI

MMM:eln 820937.1
cc: Paul Alston, Esq.;  Paul S. Aoki, Esq.;
    Margery S. Bronster, Esq.;  Joachim P. Cox, Esq.;
    Matthew K. Edling, Esq.;  C. Michael Heihre, Esq.;
    Lisa Woods Munger, Esq.; Ted N. Pettit, Esq.;
    Crystal K. Rose, Esq.; Victor M. Sher, Esq.