IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU<br><br>Plaintiff,<br><br>vs.<br><br>SUNOCO LP, et al.<br><br>Defendant. | Case. No.   Civ. No. 20-00163 DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>Brendan J. Crimmins |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Brendan J. Crimmins to Appear Pro Hac Vice.

| Name of Attorney: | Brendan J. Crimmins |
|---|---|
| Firm Name: | Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. |
| Firm Address: | 1615 M Street, N.W., Suite 400<br>Washington D.C.  20036 |
| Attorney CM/ECF Primary email address: | bcrimmins@kellogghansen.com |
| Firm Telephone: | (202) 326-7972 |
| Party Represented | Defendants Royal Dutch Shell PLC, Shell Oil Company, and Shell Oil Products Company LLC |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, __August 18, 2020__



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge