PAUL S. AOKI, 1286
Acting Corporation Counsel
ROBERT M. KOHN, 6291
NICOLETTE WINTER, 9588
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone:  (808) 768-5234
Facsimile:  (808) 768-5105
Email:  robert.kohn@honolulu.gov
        nwinter@honolulu.gov

SHER EDLING LLP
VICTOR M. SHER (pro hac vice)
MATTHEW K. EDLING (pro hac vice)
100 Montgomery St. Ste. 1410
San Francisco, CA 94104
Telephone:  (628) 231-2500
Facsimile:  (628) 231-2929
Email:  vic@sheredling.com
        matt@sheredling.com

Attorneys for Plaintiff
CITY AND COUNTY OF HONOLULU

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNOCO LP; ALOHA PETROLEUM, LTD.; ALOHA PETROLEUM LLC; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORP; CHEVRON USA | CASE NO.: CV 20-00163 DKW-RT<br>(Other Civil Action)<br><br>**PLAINTIFF'S UPDATE TO JOINT FURTHER STATUS REPORT**<br><br>Action Filed: March 9, 2020<br>No Trial Date Set |

| | |
|---|---|
| INC.; BHP GROUP LIMITED; BHP GROUP PLC; BHP HAWAII INC.; BP PLC; BP AMERICA INC.; MARATHON PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AND DOES 1 through 100, inclusive,<br><br>         Defendants. | |

## PLAINTIFF'S UPDATE TO JOINT FURTHER STATUS REPORT

On August 18, 2020, the Parties submitted to the Court a Joint Further Status Report updating the Court on the status of appeals in *County of San Mateo, et al. v. Chevron Corp., et al.*, Nos. 18-15499, 18-15502, 18-15503, and 18-16376 (9th Cir.), and *City of Oakland, et al. v. B.P. PLC, et al.* ("*City of Oakland*"), No. 18-16663 (9th Cir.).

By way of further update, the mandate was issued today in *City of Oakland*. No. 18-16663 Dkt. 200.

DATED:  August 20, 2020            Respectfully Submitted,

**SHER EDLING LLP**

By: */s/ Victor M. Sher*
VICTOR M. SHER (*pro hac vice*)
MATTHEW K. EDLING (*pro hac vice*)
100 Montgomery St. Ste. 1410
San Francisco, CA 94104

2

Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: vic@sheredling.com
matt@sheredling.com

**CORPORATION COUNSEL FOR THE CITY AND COUNTY OF HONOLULU**

PAUL S. AOKI
Acting Corporation Counsel

ROBERT M. KOHN
NICOLETTE WINTER
Deputies Corporation Counsel
530 S. King Street, Room 110
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5234
Facsimile: (808) 768-5105
Email: robert.kohn@honolulu.gov
nwinter@honolulu.gov

*Attorneys for the City the City and County of Honolulu*