*919533*
GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice*
  tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

WATANABE ING LLP
Melvyn M. Miyagi #1624-0
  mmiyagi@wik.com
Ross T. Shinyama #8830-0
  rshinyama@wik.com
Summer H. Kaiawe #9599-0
  skaiawe@wik.com
999 Bishop Street, Suite 1250
Honolulu, HI 96813
Telephone: 808.544.8300
Facsimile: 808.544.8399

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CITY AND COUNTY OF HONOLULU,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOCO LP; ALOHA PETROLEUM, LTD.; ALOHA PETROLEUM LLC; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH | CASE NO. 20-cv-00163-DKW-RT<br><br>**DEFENDANTS' NOTICE OF APPEAL; REPRESENTATION STATEMENT**<br><br>No Hearing Date Calendared<br><br>Action Filed: March 9, 2020<br>No Trial Date Set |
|---|---|

| |  |
|---|---|
| SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORP; CHEVRON USA INC.; BHP GROUP LIMITED; BHP GROUP PLC; BHP HAWAII INC.; BP PLC; BP AMERICA INC.; MARATHON PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AND DOES 1 through 100, inclusive,<br><br>                Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Sunoco LP; Aloha Petroleum, LTD.; Aloha Petroleum LLC; Exxon Mobil Corporation; ExxonMobil Oil Corporation; Royal Dutch Shell plc; Shell Oil Company; Shell Oil Products Company LLC; Chevron Corporation; Chevron USA Inc.; BHP Group Limited; BHP Group plc; BHP Hawaii Inc.; BP plc; BP America Inc.; Marathon Petroleum Corporation; ConocoPhillips; ConocoPhillips Company; Phillips 66; Phillips 66 Company; and Does 1 through 100 in the above captioned cases, pursuant to 28 U.S.C. §§ 1291 and 1447(d), hereby appeal to the United States Court of Appeals for the Ninth Circuit

from the Order entered in this action on the 12th day of February, 2021, granting Plaintiff's Motion to Remand. (ECF No. 128).[1]

DATED:  Honolulu, Hawaii, February ___, 2021.

Respectfully Submitted,

| | |
|---|---|
| By: /s/ Paul Alston<br>Paul Alston<br>Claire Wong Black<br>Glenn T. Melchinger<br>John-Anderson L. Meyer<br>DENTONS US LLP<br><br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Yahonnes Cleary (*pro hac vice*)<br>Caitlin E. Grusauskas (*pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br><br>*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation* | By: /s/ Melvyn M. Miyagi<br>Melvyn M. Miyagi<br>WATANABE ING LLP<br><br>Theodore J Boutrous, Jr. (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>*Attorneys for Defendants Chevron Corporation and Chevron U.S.A., Inc.* |
| By: /s/ Crystal K. Rose<br>Crystal K. Rose<br>Adrian L. Lavarias<br>David A. Morris<br>BAYS, LUNG, ROSE & HOLMA<br>Steven M. Bauer (pro hac vice)<br>Margaret A. Tough (pro hac vice)<br>Gabriella Kapp (*pro hac vice*) | By: /s/ C. Michael Heihre<br>C. Michael Heihre<br>Michi Momose<br>CADES SCHUTTE<br><br>J. Scott Janoe (*pro hac vice*)<br>Megan Berge (*pro hac vice*)<br>Sterling Marchand (*pro hac vice*) |

---

[1]  This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

3

| | |
|---|---|
| LATHAM & WATKINS LLP<br>*Attorneys for Defendants ConocoPhillips, ConocoPhillips Company, Phillips 66, and Phillips 66 Company*<br><br>Jameson R. Jones (*pro hac vice*)<br>Daniel R. Brody (*pro hac vice*)<br>Sean C. Grimsley (*pro hac vice*)<br>BARTLIT BECK LLP<br>*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company* | BAKER BOTTS LLP<br>*Attorneys for Defendants Sunoco LP, Aloha Petroleum, LTD., and Aloha Petroleum LLC* |
| By: */s/ Joachim P. Cox*<br>Joachim P. Cox<br>Randall C. Whattoff<br>COX FRICKE LLP<br><br>David C. Frederick (*pro hac vice*)<br>Brendan J. Crimmins (*pro hac vice*)<br>KELLOGG, HANSEN, TODD,<br>    FIGEL & FREDERICK, P.L.L.C.<br><br>*Attorneys for Defendants Royal Dutch Shell plc, Shell Oil Company, and Shell Oil Products Company LLC* | By: */s/ Lisa Woods Munger*<br>Lisa Woods Munger<br>Lisa A. Bail<br>David J. Hoftiezer<br>GOODSILL ANDERSON QUINN & STIFEL LLP<br><br>John D. Lombardo (*pro hac vice*)<br>Jonathan W. Hughes (*pro hac vice*)<br>Matthew T. Heartney (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>*Attorneys for Defendants BP plc and BP America Inc.* |
| By: */s/ Breon S. Peace*<br>Breon S. Peace (*pro hac vice*)<br>Victor L. Hou (*pro hac vice*)<br>Boaz S. Morag (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Margery S. Bronster<br>Lanson K. Kupau<br>BRONSTER FUJICHAKU ROBBINS | By: */s/ Ted N. Pettit*<br>Ted N. Pettit<br>CASE LOMBARDI & PETTIT<br><br>Shannon S. Broome (*pro hac vice*)<br>Ann Marie Mortimer (*pro hac vice*)<br>Shawn Patrick Regan (*pro hac vice*)<br>HUNTON ANDREWS KURTH LLP<br><br>*Attorneys for Defendant* |

| *Attorneys for Defendants BHP Group Limited, BHP Group plc, and BHP Hawaii Inc.* | *Marathon Petroleum Corp.* |

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2(b) and 12-2, Defendants submit this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee The City and County of Honolulu | Paul S. Aoki<br>Nicolette Winter<br>Robert M. Kohn<br>Department of Corporation Counsel<br>Honolulu Hale, Room 110<br>530 South King Street<br>Honolulu, Hi 96813<br>(808) 768-5132<br>Fax: (808) 768-5105<br>Email: paoki@honolulu.gov<br>Email: nwinter@honolulu.gov<br>Email: robert.kohn@honolulu.gov<br><br>Victor M. Sher<br>Matthew K. Edling<br>Sher Edling LLP<br>100 Montgomery St., Ste 1410<br>San Francisco, CA 94104<br>(628) 231-2500<br>Fax: (628) 231-2929 |

| | |
|---|---|
| | Email: vic@sheredling.com<br>Email: matt@sheredling.com |
| Defendants-Appellants Chevron Corp. and Chevron U.S.A., Inc. | Melvyn M. Miyagi<br>Summer H. Kaiawe<br>Ross T. Shinyama<br>Watanabe Ing LLP<br>999 Bishop Street<br>Suite 1250<br>Honolulu, HI 96813<br>(808) 544-8300<br>Fax: 544-8399<br>Email: mmiyagi@wik.com<br>Email: skaiawe@wik.com<br>Email: rshinyama@wik.com<br><br>Theodore J. Boutrous , Jr.<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000<br>Fax: (213) 229-7520<br>Email: tboutrous@gibsondunn.com |
| Defendants-Appellants Royal Dutch Shell PLC, Shell Oil Company, and Shell Oil Products Company LLC | David C. Frederick<br>Brendan J. Crimmins<br>Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7972<br>Fax: (202) 326-7999<br>Email: dfrederick@kellogghansen.com<br>Email: bcrimmins@kellogghansen.com<br><br>Joachim P. Cox<br>Randall C. Whattoff<br>Cox Fricke A Limited Liability Law Partnership LLP<br>800 Bethel Street |

| | |
|---|---|
| | Suite 600<br>Honolulu, HI 96813<br>(808) 585-9440<br>Email: jcox@cfhawaii.com<br>Email: rwhattoff@cfhawaii.com |
| Defendants-Appellants BP plc and BP America, Inc. | Lisa Woods Munger<br>Lisa A. Bail<br>David J. Hoftiezer<br>Goodsill Anderson Quinn & Stifel LLP<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813<br>(808) 547-5600<br>Email: lmunger@goodsill.com<br>Email: lbail@goodsill.com<br>Email: dhoftiezer@goodsill.com<br><br>John D. Lombardo<br>Matthew T. Heartney<br>Arnold & Porter Kaye Scholer LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000<br>Fax: (213) 243-4199<br>Email: john.lombardo@arnoldporter.com<br>Email: matthew.heartney@arnoldporter.com<br><br>Jonathan W. Hughes<br>Arnold & Porter Kaye Scholer LLP<br>10th Floor Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 471-3156<br>Fax: (415) 471-3400<br>Email: Jonathan.Hughes@arnoldporter.com |

| | |
|---|---|
| Defendant-Appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation | Theodore V. Wells, Jr.<br>Daniel J. Toal<br>Yahonnes Cleary<br>Caitlin Grusauskas<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 6th Ave.<br>New York, NY 10019<br>(212) 373-3869<br>Fax: (212) 492-0869<br>Email: twells@paulweiss.com<br>Email: dtoal@paulweiss.com<br>Email: ycleary@paulweiss.com<br>Email: cgrusauskas@paulweiss.com<br><br>Paul Alston<br>Claire Wong Black<br>Glenn T. Melchinger<br>John-Anderson L. Meyer<br>Dentons US LLP<br>1001 Bishop Street 18th Floor<br>Honolulu, HI 96813<br>(808) 524-1800<br>Fax: 808-524-4591<br>Email: paul.alston@dentons.com<br>Email: claire.black@dentons.com<br>Email: glenn.melchinger@dentons.com<br>Email: john-anderson.meyer@dentons.com |
| Defendants-Appellants ConocoPhillips and ConocoPhillips Company | Crystal K. Rose<br>Adrian L. Lavarias<br>David Alan Morris<br>Bays Lung Rose & Voss<br>Topa Financial Center<br>700 Bishop St Ste 900<br>Honolulu, HI 96813<br>808-523-9000<br>Email: crose@legalhawaii.com<br>Email: alavarias@legalhawaii.com |

| | |
|---|---|
| | Email: dmorris@legalhawaii.com<br><br>Daniel R. Brody<br>Jameson R. Jones<br>Sean C. Grimsley<br>Bartlit Beck LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br>Fax: (303) 592-3140<br>Email: dan.brody@bartlitbeck.com<br>Email: jameson.jones@bartlitbeck.com<br>Email: sean.grimsley@bartlitbeck.com |
| Defendant-Appellants Phillips 66 and Phillips 66 Company | Crystal K. Rose<br>Adrian L. Lavarias<br>David Alan Morris<br>Bays Lung Rose & Voss<br>Topa Financial Center<br>700 Bishop St Ste 900<br>Honolulu, HI 96813<br>808-523-9000<br>Email: crose@legalhawaii.com<br>Email: alavarias@legalhawaii.com<br>Email: dmorris@legalhawaii.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>Gabriella Kapp<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>(415) 391-0600<br>Fax: (415) 395-8095<br>Email: steven.bauer@lw.com<br>Email: margaret.tough@lw.com<br>Email: gaby.kapp@lw.com |

| | |
|---|---|
| Defendant-Appellants Sunoco LP, Aloha Petroleum Ltd., and Aloha Petroleum LLC | C. Michael Heihre<br>Michi Momose<br>Cades Schutte LLP<br>Cades Schutte Building<br>1000 Bishop Street 12th Flr<br>Honolulu, HI 96813<br>(808) 521-9200<br>Fax: (808) 540-5009<br>Email: mheihre@cades.com<br>Email: mmomose@cades.com<br><br>J. Scott Janoe<br>Baker Botts LLP<br>910 Louisiana Street<br>Houston, TX 77002<br>(713) 229-1553<br>Fax: (713) 229-7953<br>Email: scott.janoe@bakerbotts.com<br><br>Megan H. Berge<br>Sterling A. Marchand<br>Baker Botts LLP<br>700 K Street N.W.<br>Washington, DC 20001<br>(202) 639-1308<br>Fax: (202) 639-1171<br>Email: megan.berge@bakerbotts.com<br>Email: Sterling.Marchand@bakerbotts.com |
| Defendants-Appellants BHP Group, BHP Group PLC, and BHP Hawaii Inc. | Margery S. Bronster<br>Lanson K. Kupau<br>Bronster Fujichaku Robbins<br>1003 Bishop Street<br>Suite 2300<br>Honolulu, HI 96813<br>(808) 524-5644<br>Fax: (808) 599-1881<br>Email: mbronster@bfrhawaii.com<br>Email: lkupau@bfrhawaii.com |

| | |
|---|---|
| | Breon S. Peace<br>Victor L. Hou<br>Boaz S. Morag<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>Fax: (212) 225-3999<br>Email: bpeace@cgsh.com<br>Email: vhou@cgsh.com<br>Email: bmorag@cgsh.com |
| Defendant-Appellant Marathon Petroleum Corporation | Ted N. Pettit<br>Case Lombardi & Pettit, A Law Corporation<br>737 Bishop Street Suite 2600<br>Honolulu, HI 96813<br>(808) 547-5400<br>Fax: (808) 523-1888<br>Email: tnp@caselombardi.com<br><br>Shannon S. Broome<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone: (415) 975-3700<br>Facsimile: (415).975-3701<br>E-mail: SBroome@HuntonAK.com<br><br>Shawn Patrick Regan<br>Hunton Andrews Kurth LLP<br>200 Park Avenue<br>New York, NY   10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br>E-mail: SRegan@HuntonAK.com |