

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

MICHELLE RYNNE
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 15, 2021

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2021

at 11 o'clock and 30 min. A M
MICHELLE RYNNE, CLERK

Circuit Court (Oahu First Circuit)
Ka'ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813 – 5093

Re:   City and County of Honolulu vs. Sunoco, LP, et al.

**First Circuit Court Case No. 1CCV-20-0000380**
USDC HI Case No. CV 20-00163 DKW-RT

Dear Clerk,

Please be advised that on March 15, 2021 this case was remanded to the Circuit Court of the First Circuit, State of Hawaii. Enclosed is a certified copy of the "Order (1) Granting Motion to Remand and (2) Remanding Action to State Circuit Court", ECF No. 128, filed on February 12, 2021, the Minute Order, filed on March 15, 2021, ECF No. 146, and the Docket Sheet.

Sincerely Yours,

MICHELLE RYNNE, CLERK

by: /s/ EA, Deputy Clerk



cc: All Counsel of Record via CM/ECF

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
2021 MAR 17 PM 3:55
N. ANAYA
CLERK

**To Circuit Court of the First Circuit, State of Hawaii:**
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____

RECEIVED   MAR 17 2021
LDB (N/A)

Received By Mail
Date MAR 23 2021